Nicholas Ranallo, Attorney at Law
SBN 275016
371 Dogwood Way
Boulder Creek, CA 95006
nick@ranallolawoffice.com
Telephone: (831) 703-4011
Fax: (831) 533-5073
Attorney for Defendant Kraig Kast

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKSON PRODUCTIONS INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>KRAIG KAST<br><br>Defendant. | Case Number: 2:13-cv07160<br><br>Case Assigned to:<br>District Judge Beverly Reid O'Connell<br><br>Referred to:<br>Magistrate Judge Andrew J. Wistrich<br><br>**STIPULATION TO TRANSFER VENUE** |

-1-
**STIPULATION TO TRANFER VENUE**

# STIPULATION TO TRANSFER VENUE

Pursuant to 28 USC §1404, the Parties hereby file this Stipulation to Transfer Venue to the United States District Court for the Northern District of California, San Francisco Division, and in support thereof, respectful state as follows:

1. The instant lawsuit was filed on September 27, 2013, and involves allegations of copyright infringement by Plaintiffs Jim Erickson and Erickson Productions, Inc. against Defendant Kraig Kast.

2. Plaintiffs filed this action in the Central District of California based on the representations of Defendant Kast in prior litigation in the Southern District of New York that this action should be transferred to this District.

3. After this action was filed, Defendant Kast, by and through counsel, represent and warrant that Mr. Kast now resides in the Northern District of California and does not maintains any relevant documentary evidence in this District.

4. Transfer of this matter is controlled by 28 U.S.C. §1404, which provides that: "for the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

5. In copyright infringement actions, venue is proper "in the district in which the defendant or his agent resides or may be found."  28 U.S.C. §1400(a).

6. Both Plaintiffs and Defendant presently reside within the Northern District of California, and many of the likely witnesses and documents are located within the Northern District of California.

7. In light of the foregoing, this action may have been brought originally in the Northern District of California, and this Court may therefore transfer the action thereto,

8. By this stipulation, the Parties agree to the Transfer of this action to the United States District Court for the Northern District of California, San Francisco Division.

**NOW THEREFORE,** in consideration of the foregoing, Plaintiffs and Defendant hereby stipulate to transfer this action to the United States District Court of California, San Francisco Division, and request that this action be transferred accordingly.

Respectfully submitted,

DATED: November 21, 2013

/s/ *Nicholas Ranallo*

Nicholas Ranallo, Attorney at Law
371 Dogwood Way
Boulder Creek, CA 95006
Counsel for Defendant Kraig Kast

/s/ *Kevin McCulloch*

Kevin McCulloch
Nelson & McCulloch LLP
155 East 56th Street
New York, New York, 10022
Counsel for Plaintiffs

**STIPULATION TO TRANFER VENUE**

## CERTIFICATE OF SERVICE

    THE UNDERSIGNED HEREBY CERTIFIES that on November 21, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

                                      /s/            Nicholas Ranallo

                                Nicholas Ranallo, Attorney at Law

**STIPULATION TO TRANFER VENUE**