UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   March 4, 2014                                     Time in Court: 11 minutes
                                                          11:20 -11:31

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:**  Erickson Productions Inc et al v. Kraig R Kast
**CASE NUMBER**:  5:13-cv-05472-HRL
Plaintiff Attorney present: Kevin McCulloch, via telephone
Defendant Attorney present: Paul Reidl

**PROCEEDINGS:**   Motion to Strike Answer to Complaint

Counsel present arguments.

Matters are taken under submission.  Court to issue written order.