# EXHIBIT D



# Invoice

Liane Fuji  
Wells Fargo Wealth Management Marketing  
420 Montgomery St.  
3rd Floor  
San Francisco CA 94104  
415.396.1848  
liane.fuji@wellsfargo.com

August 25, 2010  
Estimate # 4881  
Invoice # 3435

---

Image to be used for a website, 1 year. For placement and sizes, see line items.

All rights not expressed here, including copyright, remain the exclusive property of the photographer.  
Pricing includes discount for licensing multiple images.

**Fees**

**Image ID:** 3540    **Film Number:** 01018-03

**Usage Description:** Secondary Page                                                                                             $700.00  
**Start Date:** August 23rd, 2010  
**End Date:** August 23rd, 2011  
**Media Type:** Electronic    **Exclusivity:** None    **Industry:** Financial Services    **Region:** Global  
**Territory:** Worldwide    **Medium:** Website    **Quantity:** Up To 1    **Size:** 1/8 Screen

**Image ID:** 15079    **Film Number:** 07004-278

**Usage Description:** Secondary Page                                                                                             $700.00  
**Start Date:** August 23rd, 2010  
**End Date:** August 23rd, 2011  
**Media Type:** Electronic    **Exclusivity:** None    **Industry:** Financial Services    **Region:** Global  
**Territory:** Worldwide    **Medium:** Website    **Quantity:** Up To 1    **Size:** 1/8 Screen

**Image ID:** 9930    **Film Number:** 06005-895

**Usage Description:**                                                                                                          $1250.00  
**Start Date:** August 24th, 2010  
**End Date:** August 24th, 2011  
**Media Type:** Electronic    **Exclusivity:** None    **Industry:** Financial Services    **Region:** Global  
**Territory:** Worldwide    **Medium:** Website Homepage    **Quantity:** Up To 1    **Size:** Up To 1/4 Page

**Image ID:** 11919    **Film Number:** 06026-070

**Usage Description:** Secondary Page                                                                                             $700.00  
**Start Date:** August 23rd, 2010  
**End Date:** August 23rd, 2011  
**Media Type:** Electronic    **Exclusivity:** None    **Industry:** Financial Services    **Region:** Global  
**Territory:** Worldwide    **Medium:** Website    **Quantity:** Up To 1    **Size:** 1/8 Screen

Time is of the essence for receipt of payment. Granting of right of usage is contingent upon payment and is subject to the terms and conditions provided in the Assignment Confirmation. Payment is required with 30 days of invoice date. Balance is subject to monthly rebilling charges applied thereafter. Adjustment of amount, or terms must be requested with 14 days of invoice date. All expenses are subject to normal trade variance of 10% from estimated amounts.

**ERICKSON PRODUCTIONS, INC  2 LIBERTY STREET PETALUMA, CALIFORNIA 94952 TELEPHONE 707 789.0405 FAX 707 789.0459**  
**www.ericksonstock.com  email: info@ericksonstock.com**

**Image ID:** 21002   **Film Number:** 07006-3520

**Usage Description:** Secondary Page $700.00
**Start Date:** August 23rd, 2010
**End Date:** August 23rd, 2011
**Media Type:** Electronic   **Exclusivity:** None   **Industry:** Financial Services   **Region:** Global
**Territory:** Worldwide   **Medium:** Website   **Quantity:** Up To 1   **Size:** 1/8 Screen

|  |  |
|---|---|
| Sub-Total | $4050.00 |
| Applied Discount | -405.00 |
| Total Including Applied Discount | $3645.00 |

Time is of the essence for receipt of payment. Granting of right of usage is contingent upon payment and is subject to the terms and conditions provided in the Assignment Confirmation. Payment is required with 30 days of invoice date. Balance is subject to monthly rebilling charges applied thereafter. Adjustment of amount, or terms must be requested with 14 days of invoice date. All expenses are subject to normal trade variance of 10% from estimated amounts.

**ERICKSON PRODUCTIONS, INC  2 LIBERTY STREET PETALUMA, CALIFORNIA 94952 TELEPHONE 707 789.0405 FAX 707 789.0459**
**www.ericksonstock.com  email: info@ericksonstock.com**