NELSON & McCULLOCH LLP
Kevin McCulloch (*pro hac vice*)
kmcculloch@nelsonmcculloch.com
155 East 56th Street
New York, New York 10022
Telephone: (212) 355-6050
Fax: (646) 308-1178
*Attorney for Plaintiffs*

LAW OFFICE OF PAUL W. REIDL
Paul W. Reidl (CA Bar No. 155221)
241 Eagle Trace Drive
Half Moon Bay, California 94019
Telephone: (650) 560-8530
paul@reidllaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKSON PRODUCTIONS, INC. and JIM ERICKSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRAIG R. KAST, <br><br> *Defendant*. | Case No. 5:13-CV-05472-HRL <br><br> ECF Case <br> Electronically Filed <br> **ORDER GRANTING STIPULATION OR JOINT MOTION TO ADJOURN PRE-TRIAL CONFERENCE** <br><br> Judge: Hon. Howard R. Lloyd <br> Courtroom: 2 (5th Floor) <br><br> Complaint Filed: March 12, 2012 <br> Case Transferred: December 3, 2012 <br><br> [Re: Dkt. 71] |

**STIPULATION OR JOINT MOTION TO ADJOURN PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that upon this Stipulation and/or Joint Motion, Plaintiffs Jim Erickson and Erickson Productions, Inc. and Defendant Kraig Kast, by and through their undersigned attorneys, do hereby jointly move this Court, before the Honorable Howard R. Lloyd, for an order adjourning the Pre-Trial Conference in this matter currently scheduled for November 25, 2014.

The parties request an adjournment of the conference (i) to allow the parties additional time to pursue the prospects of settlement in light of the Court's recent summary judgment ruling and (ii) to allow the parties additional time to prepare the requisite pre-trial submissions in the event that settlement discussions are not fruitful, and (iii) due to unavoidable scheduling conflicts for undersigned counsel due to the holidays. The parties respectfully request that the Court adjourn the pre-trial conference for at least 21 days to a date in mid-December or thereafter that is convenience fort the Court.

The parties jointly submit this request and motion for adjournment.

Dated: November 5, 2014

                                        Stipulated and submitted by

                                          s/ Kevin McCulloch
                                        NELSON & McCULLOCH LLP
                                        Kevin P. McCulloch (*pro hac vice*)
                                        155 East 56th Street
                                        New York, New York 10022
                                        Tel: (212) 355-6050
                                        kmcculloch@nelsonmcculloch.com
                                        - and -
                                        Law Offices of Robert K. Wright
                                        Robert K. Wright (SBN 73235)
                                        rkwlaw@earthlink.net
                                        301 North Lake Avenue, Suite 700
                                        Pasadena, CA 91101
                                        Tel: (626) 796-2664
                                        *Attorneys for Plaintiffs*

*with*

/s *Paul Reidl*
Paul W. Reidl (CA Bar No. 155221)
LAW OFFICE OF PAUL W. REIDL
241 Eagle Trace Drive
Half Moon Bay, California 94019
Telephone: (650) 560-8530
paul@reidllaw.com
*Attorney for Defendant*

**ORDER**

**The final pretrial conference is continued to December 16, 2014, 1:30 p.m. Related deadlines for pretrial submissions are adjusted accordingly. SO ORDERED.**

**Dated:  November 6, 2014**

**Howard R. Lloyd**
**United States Magistrate Judge**