NELSON & McCULLOCH LLP
Kevin McCulloch (*pro hac vice*)
kmcculloch@nelsonmcculloch.com
155 East 56th Street
New York, New York 10022
Telephone: (212) 355-6050
Fax: (646) 308-1178
*Attorney for Plaintiffs*

LAW OFFICE OF PAUL W. REIDL
Paul W. Reidl (CA Bar No. 155221)
241 Eagle Trace Drive
Half Moon Bay, California 94019
Telephone: (650) 560-8530
paul@reidllaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKSON PRODUCTIONS, INC. and JIM ERICKSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRAIG R. KAST,<br><br>*Defendant*. | Case No. 5:13-CV-05472-HRL<br><br>ECF Case<br>Electronically Filed<br> ORDER RE<br>**STIPULATION OR JOINT MOTION TO ADJOURN PRE-TRIAL CONFERENCE**<br><br>Judge:  Hon. Howard R. Lloyd<br>Courtroom: 2 (5th Floor)<br><br>Complaint Filed:  March 12, 2012<br>Case Transferred: December 3, 2012<br>Pretrial Conference:  December 16, 2014<br><br>[Re:  Dkt. 73] |

**STIPULATION OR JOINT MOTION TO ADJOURN PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that upon this Stipulation and/or Joint Motion, Plaintiffs Jim Erickson and Erickson Productions, Inc. and Defendant Kraig Kast, by and through their undersigned attorneys, do hereby jointly move this Court, before the Honorable Howard R. Lloyd, for an order adjourning the Final Pretrial Conference in this matter currently scheduled for December 16, 2014.

The parties request a continuance of the Final Pretrial Conference to allow the parties additional time to pursue the prospects of settlement which are in a holding pattern pending the Southern District of New York's ruling on damages against Only Websites, Inc. which was fully briefed and submitted for consideration on October 31, 2014.

The parties respectfully request that the Court adjourn the pretrial conference and require the parties to submit a joint status update to the Court in 30 days.

The parties jointly submit this request and motion for adjournment.

Dated: December 2, 2014

        Stipulated and submitted by

          s/ Kevin McCulloch
        NELSON & McCULLOCH LLP
        Kevin P. McCulloch (*pro hac vice*)
        155 East 56th Street
        New York, New York 10022
        Tel: (212) 355-6050
        kmcculloch@nelsonmcculloch.com
        - and -
        Law Offices of Robert K. Wright
        Robert K. Wright (SBN 73235)
        rkwlaw@earthlink.net
        301 North Lake Avenue, Suite 700
        Pasadena, CA 91101
        Tel: (626) 796-2664
        *Attorneys for Plaintiffs*

        *with*

/s *Paul Reidl*
Paul W. Reidl (CA Bar No. 155221)
LAW OFFICE OF PAUL W. REIDL
241 Eagle Trace Drive
Half Moon Bay, California 94019
Telephone: (650) 560-8530
paul@reidllaw.com
*Attorney for Defendant*

This court finds the parties' proffered explanation for a continuance to be suspect. Nevertheless, it will grant one **final** continuance of the pretrial conference to **February 12, 2015, 1:30 p.m.** Related deadlines are adjusted accordingly. The court is disinclined to grant any further continuances.

SO ORDERED.

Dated:  December 2, 2014

Howard R. Lloyd
United States Magistrate Judge