The Law Offices of Robert K. Wright
Robert K. Wright (SBN73235)
301 North Lake Ave., Suite 700
Pasadena, CA 91101
Telephone: (626) 796-2664
rkwlaw@earthlink.net

Nelson & McCulloch LLP
Kevin McCulloch (*admitted pro hac vice*)
155 East 56th Street
New York, New York 10022
Telephone: (212) 355-6050
Facsimile: (646) 308-1178
kmcculloch@nelsonmcculloch.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ERICKSON PRODUCTIONS, INC.; and JIM ERICKSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRAIG R. KAST, <br><br> *Defendant*. | Case No.:  5:13-CV-05472 HRL <br><br> **PROPOSED** ORDER ALLOWING ELECTRONIC DEVICES <br><br> [Re:  Dkt. 100] |
|---|---|

    I hereby authorize the following attorney to bring the General Purpose Computing Device(s) listed below into the Robert F. Peckham Federal Building for use in the trial for this matter which is anticipated to begin on April 13, 2015 and conclude on April 16, 2015.

| **Attorney** | **Device** |
|---|---|
| Kevin P. McCulloch | Laptop and associated cords and file storage device. |

1   The attorney identified in this Order must present a copy of this Order when entering the
2   Courthouse. Their bringing of the equipment into the building constitutes a certification by them
3
4   that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send
5   or received wireless transmission, and (b) one or more infrared ports or, alternatively, that any
6   such capability or ports have been disabled.  They shall not use or permit the use of such
7   equipment to make or record images or sounds or to send or receive wireless transmission.
8
9   DATED: April __9__, 2015
10
11  _____
    Magistrate Judge Howard R. Lloyd
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28