UNITED STATES DISTRICT COURT
For The
NORTHERN DISTRICT OF CALIFORNIA

Erickson Productions, Inc ) Civil No. 13cv05472HRL
Plaintiff(s) ) Criminal No. _____
-vs-
Kraig R. Kast Defendant(s)

## NOTE FROM THE JURY

YOUR HONOR,

WE HAVE A DECISION

DATED AT SAN JOSE, CALIFORNIA on 4/15/15

TIME: 3:15 PM

SIGNATURE OF FOREPERSON