## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ERICKSON PRODUCTIONS, INC. and
JIM ERICKSON,

    *Plaintiffs*,

    v.

KRAIG R. KAST,

    *Defendant*.

Case No. 5:13-CV-05472-HRL

Hon. Howard R. Lloyd

### VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided during the Jury Instructions previously provided to you and those included throughout this Verdict Form.

Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

The jury shall answer the following questions as to each of the Plaintiffs' photographs at issue in this case. Your answers to each question must be unanimous.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

### Claims Related to Image # 15079

**Liability**

1.  <u>Direct Infringement</u>:  Do you find by a preponderance of the evidence that Defendant Kast is liable for direct infringement of Plaintiffs' copyrights in this Photo?

    ____Yes  ✓ No

2.  <u>Vicarious Infringement:</u> Do you find by a preponderance of the evidence that Defendant Kast is liable for vicarious infringement of Plaintiffs' copyrights in this Photo?

    ✓ Yes ____No

3.  <u>Contributory Infringement</u>:  Do you find by a preponderance of the evidence that Defendant Kast is liable for contributory infringement of Plaintiffs' copyrights in this Photo?

    ✓ Yes ____No

**Damages**

If you answered Yes to any of Questions 1 through 3, you must next determine the amount of statutory damages to award Plaintiffs for the infringement related to this Photo.  The potential range of statutory damages may vary if you determine that the infringement was either willful or innocent.  An infringement does not have to be either willful or innocent; you may determine that the infringement was neither willful nor innocent.

4.  Do you find by a preponderance of the evidence that the infringement of Plaintiffs' copyrights in this Photo was innocent, willful, or neither?

    ____ Neither  ____Innocent  ✓ Willful

5.  <u>Statutory Damages</u>:  What amount do you award in statutory damages for the infringement of Plaintiffs' copyrights in this Photo?

    *   The Copyright Act permits you to award statutory damages of not less than $750 and not more than $30,000 for the infringement related to this Photo.
    *   However, if you determined that the infringement was innocent, the Copyright Act limits the statutory damages award for the infringement to $200.
    *   Conversely, if you determined that the infringement was willful, the Copyright Act permits you to award statutory damages of up to $150,000 for the infringement related to this Photo.

    **Amount Awarded: $** 150,000

## Claims Related to Image # 3540

### Liability

6. <u>Direct Infringement</u>:  Do you find by a preponderance of the evidence that Defendant Kast is liable for direct infringement of Plaintiffs' copyrights in this Photo?

    _____ Yes  _✓_ No

7. <u>Vicarious Infringement</u>: Do you find by a preponderance of the evidence that Defendant Kast is liable for vicarious infringement of Plaintiffs' copyrights in this Photo?

    _✓_ Yes _____ No

8. <u>Contributory Infringement</u>:  Do you find by a preponderance of the evidence that Defendant Kast is liable for contributory infringement of Plaintiffs' copyrights in this Photo?

    _✓_ Yes _____ No

### Damages

If you answered Yes to any of Questions 6 through 8, you must next determine the amount of statutory damages to award Plaintiffs for the infringement related to this Photo.  The potential range of statutory damages may vary if you determine that the infringement was either willful or innocent.  An infringement does not have to be either willful or innocent; you may determine that the infringement was neither willful nor innocent.

9. Do you find by a preponderance of the evidence that the infringement of Plaintiffs' copyrights in this Photo was innocent, willful, or neither?

    _____ Neither  _____ Innocent  _✓_ Willful

10. <u>Statutory Damages</u>:   What amount do you award in statutory damages for the infringement of Plaintiffs' copyrights in this Photo?

    - The Copyright Act permits you to award statutory damages of not less than $750 and not more than $30,000 for the infringement related to this Photo.
    - However, if you determined that the infringement was innocent, the Copyright Act limits the statutory damages award for the infringement to $200.
    - Conversely, if you determined that the infringement was willful, the Copyright Act permits you to award statutory damages of up to $150,000 for the infringement related to this Photo.

    **Amount Awarded: $ _150,000_**

### Claims Related to Image # 21002

**Liability**

11. <u>Direct Infringement</u>:  Do you find by a preponderance of the evidence that Defendant Kast is liable for direct infringement of Plaintiffs' copyrights in this Photo?

    ____ Yes  ✓ No

12. <u>Vicarious Infringement:</u> Do you find by a preponderance of the evidence that Defendant Kast is liable for vicarious infringement of Plaintiffs' copyrights in this Photo?

    ✓ Yes ____ No

13. <u>Contributory Infringement:</u> Do you find by a preponderance of the evidence that Defendant Kast is liable for contributory infringement of Plaintiffs' copyrights in this Photo?

    ✓ Yes ____ No

**Damages**

If you answered Yes to any of Questions 11 through 13, you must next determine the amount of statutory damages to award Plaintiffs for the infringement related to this Photo. The potential range of statutory damages may vary if you determine that the infringement was either willful or innocent. An infringement does not have to be either willful or innocent; you may determine that the infringement was neither willful nor innocent.

14. Do you find by a preponderance of the evidence that the infringement of Plaintiffs' copyrights in this Photo was innocent, willful, or neither?

    ____ Neither ____ Innocent  ✓ Willful

15. <u>Statutory Damages</u>:  What amount do you award in statutory damages for the infringement of Plaintiffs' copyrights in this Photo?

    - The Copyright Act permits you to award statutory damages of not less than $750 and not more than $30,000 for the infringement related to this Photo.
    - However, if you determined that the infringement was innocent, the Copyright Act limits the statutory damages award for the infringement to $200.
    - Conversely, if you determined that the infringement was willful, the Copyright Act permits you to award statutory damages of up to $150,000 for the infringement related to this Photo.

    **Amount Awarded: $ 150,000**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.

The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict.

DATED: 4/15/15

BY: *(signature)*

(Presiding Juror)