AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ California

Erickson Productions et al

Plaintiff (s),

V.

Kraig R. Kast

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   5:13-cv-05472-HRL

Notice is hereby given that, subject to approval by the court,   Kraig R Kast   substitutes
(Party (s) Name)

Nicholas Ranallo , State Bar No. 275016  as counsel of record in
(Name of New Attorney)

place of   Paul Reidl .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Nicholas Ranallo, Attorney at Law

Address:   371 Dogwood Way, Boulder Creek, CA 95006

Telephone:   (431) 703-4011     Facsimile  (431) 533-5073

E-Mail (Optional):   nick@ranallolawoffice.com

I consent to the above substitution.

Date:   6/19/15

KRAIG R. KAST,
(Signature of Party (s))

I consent to being substituted.

Date:   June 19, 2015

/s/   Paul W. Reidl
Digitally signed by Paul W. Reidl
DN: cn=Paul W. Reidl, o=Law Office of Paul W. Reidl, ou, email=paul@reidllaw.com, c=US
Date: 2015.06.19 13:30:09 -0700'
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   6/24/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   June 25, 2015

Judge
Howard R. Lloyd

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]