United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERICKSON PRODUCTIONS INC. and JIM ERICKSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRAIG R. KAST,<br><br>　　　　Defendant. | Case No.  5:13-cv-05472-HRL<br><br>**JUDGMENT** |

　　This action was tried before a jury, the undersigned Magistrate Judge, presiding.  On April 15, 2015, the jury returned a verdict in favor of plaintiffs Erickson Productions, Inc. and Jim Erickson and against defendant Kraig R. Kast as to all claims for relief.  Accordingly, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of plaintiffs and against defendant in the amount of $450,000.00.

　　SO ORDERED.

Dated:   August 19, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

1   5:13-cv-05472-HRL Notice has been electronically mailed to:

2   Kevin P McCulloch     kevin@nmiplaw.com, lesly@nmiplaw.com

3
4   Nicholas Ranallo     nick@ranallolawoffice.com

5   Robert K Wright     rkwlaw@earthlink.net