EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:    212-355-6050

Kevin McCulloch (pro hac vice)
Nelson McCulloch LLP
155 East 56th Street
New York, New York 10022

[✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

United States District Court
Northern District of California
STREET ADDRESS: Robert F. Peckham Federal Bldg, 280
MAILING ADDRESS: S 1st Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

FOR RECORDER'S USE ONLY

| PLAINTIFF: Erickson Productions, Inc. and Jim Erickson | CASE NUMBER: |
| DEFENDANT: Kraig R. Kast | 5:13-cv-05472-HRL |

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's
　　　　　　Name and last known address

Kraig R. Kast
12155 Vista Terazza Court
Valley Center, CA 92082

b. Driver's license no. [last 4 digits] and state:　　　　[✓] Unknown
c. Social security no. [last 4 digits]: 6530　　　　　　　[ ] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
mailed to *(name and address):* Kraig Kast, 12155 Vista Terrazza Court, Valley Center, CA 92082

2. [✓] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
Erickson Productions, Inc., 2 Liberty Street
Petaluma, CA 94952

Date: December 16, 2015
Kevin McCulloch

_____
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
a. Date:
b. Instrument No.:

▶ _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
$ 450,000.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* August 19, 2015
b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

January 5, 2016

10. [ ] An [ ] execution lien [ ] attachment lien
is endorsed on the judgment as follows:
a. Amount: $
b. In favor of *(name and address):*

11. A stay of enforcement has
a. [✓] not been ordered by the court.
b. [ ] been ordered by the court effective until
*(date):*

12. a. [✓] I certify that this is a true and correct abstract of
the judgment entered in this action.
b. [ ] A certified copy of the judgment is attached.

SUSAN Y. SOONG

Clerk, by _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

www.accesslaw.com

| PLAINTIFF: Erickson Productions, Inc. and Jim Erickson | CASE NUMBER: |
|---|---|
| DEFENDANT: Kraig R. Kast | 5:13-cv-05472-HRL |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

Jim Erickson
2 Liberty Street
Petaluma, CA 94952

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.　　　　Name and last known address

Driver's license no. [last 4 digits]
and state:　　　　　　　　　☐ Unknown

Social security no. [last 4 digits]:　☐ Unknown

Summons was personally served at or mailed to *(address):*

17.　　　　Name and last known address

Driver's license no. [last 4 digits]
and state:　　　　　　　　　☐ Unknown

Social security no. [last 4 digits]:　☐ Unknown

Summons was personally served at or mailed to *(address):*

18.　　　　Name and last known address

Driver's license no. [last 4 digits]
and state:　　　　　　　　　☐ Unknown

Social security no. [last 4 digits]:　☐ Unknown

Summons was personally served at or mailed to *(address):*

19.　　　　Name and last known address

Driver's license no. [last 4 digits]
and state:　　　　　　　　　☐ Unknown

Social security no. [last 4 digits]:　☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.