UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERICKSON PRODUCTIONS INC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRAIG R. KAST,<br><br>    Defendant. | Case No. 5:13-cv-05472-HRL<br><br>**INTERIM ORDER RE MOTION TO ALTER OR AMEND JUDGMENT** |

Jim Erickson and Erickson Productions, Inc. (collectively, Erickson) move this court to alter or amend the judgment to add judgment debtors, including The Black Oak Trust (Trust) and one Marielle Baker who have made an appearance before this court. The motion is brought pursuant to Fed. R. Civ. P. 69(a), which this court understands is the rule through which a party may seek amendment to add judgment debtors. In re Levander, 180 F.3d 1114, 1120-21 (9th Cir.1999). What this court would like Erickson to clarify is this court's jurisdiction to entertain their motion where, as here, there is a pending appeal.

Generally, a timely notice of appeal transfers jurisdiction to the court of appeals with respect to all matters involved in the appeal. In re Mirzai, 236 B.R. 8, 10 (9th Cir. 1983). That rule is not absolute; and, the district court retains jurisdiction to resolve certain matters while an appeal is pending. Id. Nevertheless, [t]he trial court cannot take actions over those aspects of the case involved in the appeal." Id. "The focus is on whether the trial court is being asked to alter

the status quo with respect to the appeal." Id.  Is Erickson's Fed. R. Civ. P. 69 motion one of those matters which this court properly may address during appeal?

Erickson shall file a brief addressing this issue by **January 10, 2017**.  To the extent they wish to respond, Kast and the Trust/Baker shall file their respective briefs by **January 20, 2017**.  All briefs are limited to no more than 10 pages.  Meanwhile, briefing on Erickson's motion to alter or amend the judgment will be stayed pending resolution of the threshold question re this court's jurisdiction.

SO ORDERED.

Dated:   December 22, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

1  5:13-cv-05472-HRL Notice has been electronically mailed to:

2  Richard Walter Lund     rlund@plagemanlund.com

3  Kevin P McCulloch     kevin@mccullochiplaw.com, lesly@mccullochiplaw.com

4  Robert K Wright     rkwlaw@earthlink.net

5

6  5:13-cv-05472-HRL Notice sent by U.S. Mail to:

7  Kraig Kast
   P.O. Box 4612
8  Foster City, CA 94404