UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERICKSON PRODUCTIONS INC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRAIG R. KAST,<br><br>        Defendant. | Case No. 5:13-cv-05472-HRL<br><br>**ORDER RE ERICKSON MOTION TO COMPEL ADDRESS AND KAST MOTION FOR DISCOVERY**<br><br>Re: Dkt. Nos. 130, 165 |

      Jim Erickson and Erickson Productions, Inc. (collectively, Erickson) move for an order in aid of enforcement of judgment, namely Kast's physical address. This court retains jurisdiction to entertain that motion. Lara v. Sec'y of the Interior, 820 F.2d 1535, 1543 (9th Cir. 1987). Courts generally enforce judgments in accordance with the procedure of the state in which it sits. Fed. R. Civ. P. 69(a). Erickson correctly notes that if they seek a judgment debtor exam, notice must be personally served on Kast. Cal. Code Civ. Proc. §708.110(d). Erickson's request therefore is GRANTED. Within 10 days from the date of this order, Kast shall provide Erickson's counsel with his physical address where he may be personally served. Although this court is unpersuaded by Kast's stated need for a protective order, Kast's address shall be disclosed on an Attorney's Eyes Only basis.

1   As this court no longer has jurisdiction over Kast's motion to compel discovery pending
2   appeal, that motion is terminated.
3   SO ORDERED.
4   Dated:   March 21, 2017

HOWARD R. LLOYD
United States Magistrate Judge

5:13-cv-05472-HRL Notice has been electronically mailed to:

Kevin P McCulloch    kevin@mccullochiplaw.com, lesly@mccullochiplaw.com

Richard Walter Lund    rlund@plagemanlund.com

Robert K Wright    rkwlaw@earthlink.net

5:13-cv-05472-HRL Notice sent by U.S. Mail to:

Kraig R. Kast
P.O. Box 4612
Foster City, CA 94404

3