UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERICKSON PRODUCTIONS INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRAIG R. KAST,<br><br>Defendant. | Case No. 5:13-cv-05472-HRL<br><br>**ORDER RE MOTIONS TO QUASH AND FOR PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 184, 186, 227, 229, 232 |

Before the court are a motion for protective order and several motions to quash filed by Kraig Kast, as well as a motion to quash filed by Mariellen Baker. Having considered all of the moving and responding papers, including belated reply and supplemental briefs filed by Kast and a supplemental declaration filed by Erickson, the court rules as follows[1]:

1. Kast's motions for protective order and motions to quash subpoenas is DENIED.
2. Baker moves to quash only certain portions of a subpoena to U.S. Bancorp insofar as it seeks information as to her in her individual capacity and as to her personal and business accounts. Her motion is GRANTED to the extent that it seeks the financial records of Mariellen Baker in her individual capacity, with respect to her personal and

---

[1] In this district, all discovery and disclosure disputes are handled by magistrate judges.

business accounts at U.S. Bancorp, accounts with the last four digits xxxxxxx6677 and xxxxxxx8350. Requests for Production Nos. 2 and 6-10 of the subpoena are quashed to the extent they refer to Mariellen Baker in her individual capacity or refer to the foregoing two personal and business accounts of Mariellen Baker.

SO ORDERED.

Dated: October 6, 2017

HOWARD R. LLOYD
United States Magistrate Judge