EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | TEL NO.: |
|---|---|
| ☑ Recording requested by and return to: | |

Kevin McCulloch (pro hac vice)    212-355-6050
The McCulloch Law Firm, PLLC
501 Fifth Avenue, Suite 1809
New York, New York 10017

☑ ATTORNEY FOR    ☑ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC ND Cal.
STREET ADDRESS: Robert F. Peckham Federal Bldg, 280
MAILING ADDRESS: S 1st Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

FOR RECORDER'S USE ONLY

PLAINTIFF: Erickson Production, Inc. and Jim Erickson

DEFENDANT: Kraig R. Kast, et al.

**ABSTRACT OF JUDGMENT**    ☑ **Amended**

CASE NUMBER:
5:13-cv-05472-HRL

1. The ☑ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   FOR COURT USE ONLY

   Name and last known address
   Kraig R. Kast
   P.O. Box 4612 Foster City, CA 94404

   b. Driver's license No. and state: ☑ Unknown
   c. Social security No.: [last 4 digits]: 6530  ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to (name and address): Kraig Kast, 1P.O. Box 4612 Foster City
      CA 94404
   e. ☑ Original abstract recorded in this county: U.S.D.C. N.D. Cal.
      (1) Date:
      (2) Instrument No.:

   f. ☑ Information on additional judgment debtors is
      shown on page two.

Date: October 20, 2017
Kevin McCulloch
(TYPE OR PRINT NAME)

▶ [signature] Kevin McCull
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☑ I certify that the following is a true and correct abstract
      of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

3. Judgment creditor (name and address):
   Erickson Productions, Inc., 2 Liberty Street
   Petaluma, CA 94952

4. Judgment debtor (full name as it appears in judgment):
   Kraig R. Kast

6. Total amount of judgment as entered or last renewed:
   $ $636,186.58+interest
7. ☐ An ☐ execution lien ☐ attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

[SEAL]

5. a. Judgment entered on
      (date): 10/8/2017
   b. Renewal entered on
      (date):

This abstract issued on (date):

November 14, 2017

8. A stay of enforcement has
   a. ☑ not been ordered by the court.
   b. ☐ been ordered by the court effective until
      (date):
9. ☐ This judgment is an installment judgment.

SUSAN Y. SOONG
Clerk, by [signature] Diace Miyaste , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
**(CIVIL)**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: Erickson Production, Inc. and Jim Erickson | CASE NUMBER: |
|---|---|
| DEFENDANT: Kraig R. Kast, et al. | 5:13-cv-05472-HRL |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address

WARREN CRAIG RUDINGER
P.O. Box 4612
Foster City, CA 94404

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):
Kraig Kast
P.O. Box 4612
Foster City, CA 94404

**11.** Name and last known address

ATHERTON & ASSOCIATES
P.O. Box 4612
Foster City, CA 94404

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):
Kraig Kast
12155 Vista Terrazza Court
Valley Center, CA 92082

**12.** Name and last known address

THE ATHERTON COMPANY
P.O. Box 4612
Foster City, CA 94404

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):
Kraig Kast
P.O. Box 4612
Foster City, CA 94404

**13.** Name and last known address

CB REAL ESTATE WEALTH MANAGEMENT
P.O. Box 4612
Foster City, CA 94404

Driver's license No. & state: ☑ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):
Kraig Kast
P.O. Box 4612
Foster City, CA 94404

**14.** Name and last known address

ATHERTON TRUST
P.O. Box 4612
Foster City, CA 94404

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):
Kraig Kast
P.O. Box 4612
Foster City, CA 94404

**15.** Name and last known address

ATHERTON INSURANCE SERVICES
P.O. Box 4612
Foster City, CA 94404

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):
Kraig Kast
P.O. Box 4612
Foster City, CA 94404

**16.** Name and last known address

ATHERTON INVESTMENT ADVISORS
P.O. Box 4612
Foster City, CA 94404

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):
Kraig Kast
P.O. Box 4612
Foster City, CA 94404

**17.** Name and last known address

KRAIG KAST, TRUSTEE OF THE BLACK OAK
TRUST (A/K/A KRAIG KAST, TRUSTEE OF THE
BLACK OAK TRUST, DATED MARCH 11, 1995)
P.O. Box 4612 Foster City, CA 94404

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):
Kraig Kast
P.O. Box 4612
Foster City, CA 94404

**18.** ☐ Continued on Attachment 18.

**ABSTRACT OF JUDGMENT**
(CIVIL)