UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERICKSON PRODUCTIONS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRAIG R. KAST,<br><br>Defendant. | Case No. 5:13-cv-05472-HRL<br><br>**ORDER TAKING NOVEMBER 20, 2018 MOTIONS OFF CALENDAR**<br><br>Re: Dkt. Nos. 323, 324, 330, 331 |

Pending before this Court are three motions to quash filed by Kraig Kast or Mariellen Baker (Dkt. Nos. 323, 324, 330), as well as a motion to strike (Dkt. No. 331) filed by Erickson Productions, Inc. and Jim Erickson. In view of the order staying these proceedings (Dkt. No. 341), those pending motions are taken off calendar and the November 20, 2018 hearing is vacated.

**IT IS SO ORDERED.**

Dated: November 9, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge