UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 7/3/2019 | **Time:** 1:33-2:02 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:13-cv-05472-DMR | **Case Name:** Erickson Productions Inc., et al v. Kast | |

**For Plaintiffs:**
Kevin McCulloch

**For Defendant:**
Kraig Cast, pro se

**Deputy Clerk:** Ivy Lerma Garcia       **FTR:** 1:33-2:02

PROCEEDINGS

Initial Case Management Conference held.

**By no later than 7/8/2019,** Defendant shall file an administrative motion for appointment of pro bono counsel. **By no later than 7/12/2019,** Plaintiffs shall file any opposition.

**By no later than 7/10/2019,** Plaintiffs shall e-file the trial transcripts.

The parties shall brief (1) whether the evidentiary record supports a finding of willful infringement under the correct legal standard; and (2) what statutory damages should be awarded if the evidence does not support a finding of willfulness. Each brief may not exceed 20 pages, and must contain pinpoint cites to the record.

    The parties shall file simultaneous opening briefs due by: 8/1/2019
    The parties shall file simultaneous responsive briefs due by: 8/15/2019

The court will schedule a hearing if needed. Otherwise the matter will be taken under submission. The court will not consider post-judgment discovery or fee issues until after the merits issue has been decided.

**ORDER TO BE PREPARED BY:**
    [ ] **Plaintiff**     [ ] **Defendant**     [X] **Court**

cc:     Chambers