United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICKSON PRODUCTIONS INC, et al.,

Plaintiffs,

v.

KRAIG RUDINGER KAST, et al.,

Defendants.

Case No.  13-cv-05472-DMR

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Plaintiffs Erickson Productions Inc. and Jim Erickson and against Kraig Kast in the amount of $450,000 in statutory damages for contributory copyright infringement under 17 U.S.C. § 504(c)(2), in accordance with the court's February 12, 2021 Order re: Willfulness and Damages Following Remand.  [Docket No. 380.]  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 12, 2021



Donna M. Ryu
United States Magistrate Judge